

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Courtney Green**

Plaintiff(s),

vs.

Case No. _22-cv-2737 ECT/ECW_
(To be assigned by Clerk of District Court)

**General Mills World
headquarters/National Registered agents
Inc.**

### DEMAND FOR JURY TRIAL

YES ☐     NO ☑

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

| | |
|---|---|
| Name | **Courtney Green** |
| Street Address | **Po Box 22444** |
| County, City | **Jackson, Knasas city** |
| State & Zip Code | **Missouri, 64113** |
| Telephone Number | |

SCANNED
OCT 28 2022
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

| | |
|---|---|
| Name | **Genral Mills World Headquarters** |
| Street Address | **1 General Mills Boulevard** |
| County, City | **Hennepin, Golden Valley** |
| State & Zip Code | **Minnesota, 55426** |

   b. Defendant No. 2

| | |
|---|---|
| Name | **National Registered Agent Inc.** |
| Street Address | **160 Greentree Drive suite 101** |
| County, City | **Kent,Dover** |
| State & Zip Code | **Delaware, 19904** |

   c. Defendant No. 3

| | |
|---|---|
| Name | |
| Street Address | |
| County, City | |
| State & Zip Code | |

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction.  Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.   What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Question        ☑ Diversity of Citizenship

4.   If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply.

5.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:   **Courtney Green**         State of Citizenship:  **Missouri**

Defendant No. 1:  **General Mills World HQ**    State of Citizenship:  **Minnesota**

Defendant No. 2:  **National Registered Agents**  State of Citizenship:  **Delaware**

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6.   What is the basis for venue in the District of Minnesota?  *(check all that apply)*

☑ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota

☐ Other:  explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

During the year of 2020 I purchased Quaker oats granola with almonds and packs of honey nut cheerios and mixed them together in milk to make my morning cereal. During this time I also purchased packs of honey nut cheerios and ate it with a cinnamon muffin or a pack of cinnamon swirls.I purchased the packs of honey nut cheerios and Quaker oats honey granola and almonds from a dollar tree off e 23rd street in Independence, MO that relocated next to price chopper but is still in the same lot. I would consume this combination while in the lobby of a price chopper off of E 23rd street in Independence, MO sitting in front of a television watching CBS morning news as well as CBS this morning in which I the plaintiff also have filed a lawsuit against Viacom CBS (ref.USCA 22-724) as well as LG electronics inc. and Vizio Inc. for invasion of privacy through the viewing of my person through the television as well as encouraging cyber and in person stalking as well as aiding in the act of racketeering proving how the General Mills corporation got the idea and proceeded to create the overall product. After eating this mixture amongst other breakfast combinations, Towards mid summer of 2020 I began seeing the General Mills Cheerios oat crunch Cinnamon,Almond and honey flavors on store shelves.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

For relief I am requesting that the court order General Mills to compensate $30,000 as well as $.20 for every box sold of cheerios oat crunch cinnamon, Almond and honey flavors moving forward; for secretly participating in the act of monitoring my eating habits for the purposes of financial gain. I also request that the courts order General Mills to submit a written and signed apology for these actions and offer a life time supply of cheerios oat crunch cereal or a voucher for 5 free boxes per month.

Signed this **21st**          day of **October,**   2022

Signature of Plaintiff _____

Mailing Address          **Po box 22444**
**Kansas city, MO 64113**

Telephone Number

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.